**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  04-cr-00338-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     ROBERT TERRIQUEZ, JR.,

       Defendant.
_____

**ORDER**
_____

Upon Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc 132 - filed April 17, 2006), it is

ORDERED that the Motion is GRANTED.  Defendant Terriquez' sentence is reduced by 12 months from 27 months to a sentence of 15 months' custody, with the other conditions as set forth in this Court's Judgment previously filed in this matter.

                                                          BY THE COURT:

                                                          s/Lewis T. Babcock
                                                          Lewis T. Babcock, Chief Judge

DATED: April 18, 2006